IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARION HARCOURT and ALICE HARCOURT | : : : : : : : : : : : : : : |
| Plaintiffs, | |
| v. | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | |
| Defendants. | |

CIVIL ACTION NO. 02-CV-4128

ENTRY OF APPEARANCE

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____    _____
Hope S. Freiwald                                          Aline Fairweather


_____    _____
Erin Brennan                                              Kirstin J. Miller



DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000